**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01617 |
| | § | |
| EUGENIO LARA | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2016. The undersigned trustee was appointed on 01/20/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $1,400.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $4.86 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,395.14 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/19/2017 and the deadline for filing government claims was 05/19/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $160.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $160.61, for a total compensation of $160.61[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $38.08, for total expenses of $38.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2017                          By:   /s/ David P. Leibowitz
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-01617   Doc 41   Filed 06/15/17   Entered 06/15/17 10:34:31   Desc Main
Document      Page 3 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 16-01617 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | LARA, EUGENIO | | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 5/23/2017 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 05/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1603 Howard Ave Des Plaines IL 60018-3023 | | $120,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1990 Ford F-350 300,000 miles Inoperable | | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Furniture and household goods | | $1,250.00 | $0.00 | | $0.00 | FA |
| 4 | Personnal clothing | | $250.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account  Credit Union | | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Checking Account  Bank of America Jointly owned with Ma Dolores Rodriguez Debtor's portion: $1287.25 | | $1,287.25 | $0.00 | | $0.00 | FA |
| 7 | Savings Account  Bank of America | | $56.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Account  Chase | | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Account  TCF Bank | | $160.00 | $0.00 | | $0.00 | FA |
| 10 | 2015 tax refund | | $948.00 | $0.00 | | $0.00 | FA |
| 11 | IL Unclaimed Funds | (u) | $0.00 | $1,400.00 | | $1,400.00 | FA |
| 12 | Makita Backpack Leaf BlowerPurchased 2014 for $350.00 | (u) | $150.00 | $0.00 | | $0.00 | FA |
| 13 | Toro Cordless Line TrimmerPurchased 2014 for $295.00 | (u) | $100.00 | $0.00 | | $0.00 | FA |
| 14 | Makita Hedge TrimmerPurchased 2014 for $310.00 | (u) | $125.00 | $0.00 | | $0.00 | FA |
| 15 | Garden Hand Tools, Rakes, Shovels, BroomsPurchased in 2014 for $245.00 | (u) | $80.00 | $0.00 | | $0.00 | FA |
| 16 | Makita Chain SawPurchased 2015 for $410.00 | (u) | $200.00 | $0.00 | | $0.00 | FA |
| 17 | Leaf BlowerPurchased in 2015 for $210.00 | (u) | $90.00 | $0.00 | | $0.00 | FA |
| 18 | Lawn MowerPurchased 2015 for $425.00 | (u) | $200.00 | $0.00 | | $0.00 | FA |
| 19 | Lawn EdgerPurchased 2015 for $125.00 | (u) | $50.00 | $0.00 | | $0.00 | FA |
| 20 | Cable Handling EquipmentPurchased 2015 for $297.00 | (u) | $100.00 | $0.00 | | $0.00 | FA |
| 21 | Poulan Gas Powered TrimmerPurchased 2015 for $310.00 | (u) | $140.00 | $0.00 | | $0.00 | FA |
| 22 | Safety Equipment (Goggles, Shoes, Gloves, etc.)Purchased 2015 for $400.00 | (u) | $175.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 16-01617 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LARA, EUGENIO | | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 5/23/2017 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 05/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 Interest in unincorporated landscaping businessNo value to business, except listed tools **(u)** | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

                                      $126,261.25        $1,400.00        $1,400.00        $0.00

**Major Activities affecting case closing:**

03/28/2017   2017 Reporting Period:
Asset Case - IL Unclaimed Funds

The Trustee recovered $1400.00 from Illinois Unclaimed Funds. Barring any claims objections, case will be ready for TFR after bar date (5/19/17).

06/27/2016   2016 Reporting Period:
Debtor has had four (4) continued meeting dates. Has not provided documents to the trustee, appeared without proof of SSN, failed to appear entirely. No response to requests for documents. Motion to dismiss filed to be heard 7/5

**Initial Projected Date Of Final Report (TFR):**    08/31/2016      **Current Projected Date Of Final Report (TFR):**      /s/ DAVID LEIBOWITZ

                                                                                                                             DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01617 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | LARA, EUGENIO | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4223 | | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 1/20/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/23/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2017 | (11) | LARA, EUGENIO | Illinois Unclaimed Funds | 1229-000 | $1,400.00 | | $1,400.00 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.43 | $1,399.57 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.40 | $1,397.17 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.03 | $1,395.14 |
| | | | **TOTALS:** | | $1,400.00 | $4.86 | $1,395.14 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,400.00 | $4.86 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,400.00 | $4.86 | |

**For the period of 1/20/2016 to 5/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/14/2017 to 5/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-01617 |
| Case Name: | LARA, EUGENIO |
| Primary Taxpayer ID #: | **-***4223 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/20/2016 |
| For Period Ending: | 5/23/2017 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1701 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,400.00 | $4.86 | $1,395.14 |

**For the period of 1/20/2016 to 5/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 5/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIM ANALYSIS REPORT**

Page No: 1
Exhibit C

| **Case No.** | 16-01617 | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | LARA, EUGENIO | | | | | | | | **Date:** 5/23/2017 |
| **Claims Bar Date:** | 05/19/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600 Chicago IL 60604 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $435.50 | $0.00 | $3.38 | $0.00 | $435.50 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $160.61 | $0.00 | $0.00 | $0.00 | $160.61 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $38.08 | $0.00 | $0.00 | $0.00 | $38.08 |
| | EUGENIO LARA<br><br>1603 HOWARD AVE DES PLAINES IL 60018-3023 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $757.57 | $0.00 | $0.00 | $0.00 | $757.57 |

**Claim Notes:**   Debtor Surplus

| | | | | | $1,391.76 | $0.00 | $3.38 | $0.00 | $1,391.76 |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**  Page No: 2
Exhibit C

| Case No. | 16-01617 | | | | Trustee Name: | David Leibowitz |
| Case Name: | LARA, EUGENIO | | | | Date: | 5/23/2017 |
| Claims Bar Date: | 05/19/2017 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $435.50 | $435.50 | $0.00 | $3.38 | $0.00 | $435.50 |
| Surplus Funds Paid to Debtor | $757.57 | $757.57 | $0.00 | $0.00 | $0.00 | $757.57 |
| Trustee Compensation | $160.61 | $160.61 | $0.00 | $0.00 | $0.00 | $160.61 |
| Trustee Expenses | $38.08 | $38.08 | $0.00 | $0.00 | $0.00 | $38.08 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        16-01617
Case Name:     EUGENIO LARA
Trustee Name: David P. Leibowitz

|  | Balance on hand: | $1,395.14 |
|---|---:|---:|

Claims of secured creditors will be paid as follows: NONE

|  | Total to be paid to secured creditors: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,395.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $160.61 | $0.00 | $160.61 |
| David P. Leibowitz, Trustee Expenses | $38.08 | $0.00 | $38.08 |

|  | Total to be paid for chapter 7 administrative expenses: | $198.69 |
|---|---:|---:|
|  | Remaining balance: | $1,196.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,196.45 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,196.45 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $435.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | City of Chicago Department of Finance | $435.50 | $0.00 | $435.50 |

Total to be paid to timely general unsecured claims: $435.50
Remaining balance: $760.95

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $760.95

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $760.95

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.58 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3.38. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $757.57.

**UST Form 101-7-TFR (5/1/2011)**