### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 16-01617 |
|---|---|---|
| | § | |
| EUGENIO LARA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $105,000.00 | Assets Exempt: | $21,261.25 |
| Total Distributions to Claimants: | $438.88 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $203.55 | | |

3)      Total gross receipts of $1,400.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $757.57 (see **Exhibit 2**), yielded net receipts of $642.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $198,540.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $203.55 | $203.55 | $203.55 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $435.50 | $435.50 | $438.88 |
| **Total Disbursements** | $198,540.00 | $639.05 | $639.05 | $642.43 |

4).  This case was originally filed under chapter 7 on 01/20/2016.  The case was pending for 20 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2017                    By:   /s/ David P. Leibowitz
                                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| IL Unclaimed Funds | 1229-000 | $1,400.00 |
| **TOTAL GROSS RECEIPTS** | | $1,400.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| EUGENIO LARA | Surplus Funds | 8200-002 | $757.57 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $757.57 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Select Portfolio Svcin | 4110-000 | $198,540.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $198,540.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $160.61 | $160.61 | $160.61 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $38.08 | $38.08 | $38.08 |
| Green Bank | 2600-000 | NA | $4.86 | $4.86 | $4.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $203.55 | $203.55 | $203.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Chicago Department of Finance | 7100-000 | $0.00 | $435.50 | $435.50 | $435.50 |
| | City of Chicago Department of Finance | 7990-000 | $0.00 | $0.00 | $0.00 | $3.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $435.50 | $435.50 | $438.88 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1                    Exhibit 8

| Case No.: | 16-01617 | | Trustee Name: | David Leibowitz |
| Case Name: | LARA, EUGENIO | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 9/21/2017 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 05/19/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1603 Howard Ave Des Plaines IL 60018-3023 | $120,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1990 Ford F-350 300,000 miles Inoperable | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Furniture and household goods | $1,250.00 | $0.00 | | $0.00 | FA |
| 4 | Personnal clothing | $250.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account  Credit Union | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Checking Account  Bank of America Jointly owned with Ma Dolores Rodriguez Debtor's portion: $1287.25 | $1,287.25 | $0.00 | | $0.00 | FA |
| 7 | Savings Account  Bank of America | $56.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Account  Chase | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Account  TCF Bank | $160.00 | $0.00 | | $0.00 | FA |
| 10 | 2015 tax refund | $948.00 | $0.00 | | $0.00 | FA |
| 11 | IL Unclaimed Funds (u) | $0.00 | $1,400.00 | | $1,400.00 | FA |
| 12 | Makita Backpack Leaf BlowerPurchased 2014 for $350.00 (u) | $150.00 | $0.00 | | $0.00 | FA |
| 13 | Toro Cordless Line TrimmerPurchased 2014 for $295.00 (u) | $100.00 | $0.00 | | $0.00 | FA |
| 14 | Makita Hedge TrimmerPurchased 2014 for $310.00 (u) | $125.00 | $0.00 | | $0.00 | FA |
| 15 | Garden Hand Tools, Rakes, Shovels, BroomsPurchased in 2014 for $245.00 (u) | $80.00 | $0.00 | | $0.00 | FA |
| 16 | Makita Chain SawPurchased 2015 for $410.00 (u) | $200.00 | $0.00 | | $0.00 | FA |
| 17 | Leaf BlowerPurchased in 2015 for $210.00 (u) | $90.00 | $0.00 | | $0.00 | FA |
| 18 | Lawn MowerPurchased 2015 for $425.00 (u) | $200.00 | $0.00 | | $0.00 | FA |
| 19 | Lawn EdgerPurchased 2015 for $125.00 (u) | $50.00 | $0.00 | | $0.00 | FA |
| 20 | Cable Handling EquipmentPurchased 2015 for $297.00 (u) | $100.00 | $0.00 | | $0.00 | FA |
| 21 | Poulan Gas Powered TrimmerPurchased 2015 for $310.00 (u) | $140.00 | $0.00 | | $0.00 | FA |
| 22 | Safety Equipment (Goggles, Shoes, Gloves, etc.)Purchased 2015 for $400.00 (u) | $175.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2        Exhibit 8

| | |
|---|---|
| **Case No.:** | 16-01617 |
| **Case Name:** | LARA, EUGENIO |
| **For the Period Ending:** | 9/21/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 01/20/2016 (f) |
| **§341(a) Meeting Date:** | 02/18/2016 |
| **Claims Bar Date:** | 05/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 | Interest in unincorporated landscaping businessNo value to business, except listed tools **(u)** | Unknown | $0.00 | | $0.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | $126,261.25 | $1,400.00 | $1,400.00 | $0.00 |

---

**Major Activities affecting case closing:**

06/29/2017  2017 Reporting Period:

Asset Case - IL Unclaimed Funds

The Trustee recovered $1400.00 from Illinois Unclaimed Funds.  Bar date was 5/19/17; TFR submitted to UST 5/31/17.

06/27/2016  2016 Reporting Period:

Debtor has had four (4) continued meeting dates. Has not provided documents to the trustee, appeared without proof of SSN, failed to appear entirely.  No response to requests for documents.  Motion to dismiss filed to be heard 7/5

**Initial Projected Date Of Final Report (TFR):**   08/31/2016        **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 16-01617 | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | LARA, EUGENIO | | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***4223 | | | **Checking Acct #:** | ******1701 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account | |
| **For Period Beginning:** | 1/20/2016 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 9/21/2017 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2017 | (11) | LARA, EUGENIO | Illinois Unclaimed Funds | 1229-000 | $1,400.00 | | $1,400.00 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.43 | $1,399.57 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.40 | $1,397.17 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.03 | $1,395.14 |
| 07/11/2017 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $160.61 | $1,234.53 |
| 07/11/2017 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $38.08 | $1,196.45 |
| 07/11/2017 | 3003 | City of Chicago Department of Finance | Claim #: 1; Amount Claimed: $435.50; Distribution Dividend: 100.00%; | * | | $438.88 | $757.57 |
| | | | Claim Amount          $(435.50) | 7100-000 | | | $757.57 |
| | | | Interest          $(3.38) | 7990-000 | | | $757.57 |
| 07/11/2017 | 3004 | EUGENIO LARA | Claim #: ; Amount Claimed: $757.57; Distribution Dividend: 100.00%; | 8200-002 | | $757.57 | $0.00 |

|  | | | |
|---|---|---|---|
| **TOTALS:** | $1,400.00 | $1,400.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $1,400.00 | $1,400.00 | |
| **Less: Payments to debtors** | $0.00 | $757.57 | |
| **Net** | $1,400.00 | $642.43 | |

**For the period of 1/20/2016 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $642.43 |
| Total Non-Compensable Disbursements: | $757.57 |
| Total Comp/Non Comp Disbursements: | $1,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/14/2017 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $642.43 |
| Total Non-Compensable Disbursements: | $757.57 |
| Total Comp/Non Comp Disbursements: | $1,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01617 | | Trustee Name: | David Leibowitz |
| Case Name: | LARA, EUGENIO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4223 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 1/20/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $1,400.00 | $1,400.00 | $0.00 |

| **For the period of 1/20/2016 to 9/21/2017** | | **For the entire history of the case between 01/20/2016 to 9/21/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,400.00 | Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 | Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $642.43 | Total Compensable Disbursements: | $642.43 |
| Total Non-Compensable Disbursements: | $757.57 | Total Non-Compensable Disbursements: | $757.57 |
| Total Comp/Non Comp Disbursements: | $1,400.00 | Total Comp/Non Comp Disbursements: | $1,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ